United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOREST COLLECTION, INC. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO: 4: 16-CV-00825 |
| FEDERATED MUTUAL INSURANCE § | |
| COMPANY § | |

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

The Court finds that Plaintiff's Motion to Dismiss and For Final Judgment and Order of Dismissal With Prejudice is with merit; therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, Forest Collection, Inc. take **NOTHING** against Defendant Federated Mutual Insurance Company in this case/action and that the Plaintiff's causes of action against the Defendant in this case/action are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all costs of court be taxed against the party incurring same.

**SIGNED** this the 29th day of August, 2016.

_____
**JUDGE PRESIDING**